# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY, | ) |
|     Plaintiff, | ) Case No. 2:14-cv-00094-APG-NJK |
| vs. | ) ORDER |
| LOREA AROSTEGUI, et al., | ) (Docket No. 9) |
|     Defendants. | ) |

Plaintiff asks the Court to issue an order directing the U.S. Marshal to serve summons and Plaintiff's Amended Complaint upon the defendants named herein. Docket No. 9. The Court has not yet determined that Plaintiff has stated a claim upon which relief can be granted. Plaintiff's pending request for an order directing the U.S. Marshal to serve summons and Plaintiff's Amended Complaint is therefore not ripe. Plaintiff's instant motion is **DENIED** without prejudice to Plaintiff renewing this motion in the event that the Court finds that Plaintiff has stated a cognizable claim when it screens the Amended Complaint.

IT IS SO ORDERED.

DATED: July 8, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge