UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY,<br><br>               Plaintiff(s),<br><br>vs.<br><br>LOREA AROSTEGUI, et al.,<br><br>               Defendant(s). | Case No. 2:14-cv-00094-RFB-NJK<br><br>ORDER SETTING HEARING<br><br>(Docket No. 6) |

Plaintiff Michael Foley is proceeding in this action *pro se*. On March 10, 2014, the Court granted Plaintiff's request pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 4. The Court further screened the complaint pursuant to 28 U.S.C. § 1915(a) and dismissed all claims without prejudice, except for Plaintiff's First Amendment right to petition the government for redress of grievances claim. *Id.*, at 5. The Court allowed Plaintiff an opportunity to amend his complaint, and that amended complaint has now been filed. Docket No. 6. The Court hereby **SETS** a hearing on Plaintiff's amended complaint for December 9, 2014, at 10:00 a.m. in Courtroom 3B. Plaintiff shall attend the hearing. THERE WILL BE NO EXCEPTIONS TO THIS APPEARANCE REQUIREMENT.

    IT IS SO ORDERED.

    DATED: November 24, 2014

                                                          _____<br>
                                                          NANCY J. KOPPE<br>
                                                          United States Magistrate Judge