UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LOREA AROSTEGUI, et al.,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-00094-RFB-NJK<br><br>**O R D E R** |

This matter came before the Court on Plaintiff's Motion for Electronic Access (Docket No. 44), which the Court hereby **GRANTS**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

1. On or before **November 20, 2015**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this  19th   day of October, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge