UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL FOLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>LOREA AROSTEGUI, et al.,<br><br>        Defendants. | Case No. 2:14-cv-00094-RFB-NJK<br><br>ORDER GRANTING PLAINTIFF's [43] MOTION FOR COPY OF TRANSCRIPT |

Before the Court is the Plaintiff's [43] Motion for a Copy of the Transcript of the [21] Motion to Dismiss hearing held September 21, 2015.  *See,* Docket [42] Minutes of Court.  On March 10, 2015, Magistrate Judge Koppe entered an Order granting Plaintiff's application for *in forma pauperis* status pursuant to  28 U.S.C. § 1915(a).

    Accordingly,

IT IS ORDERED that Plaintiff's [43] Motion for a Copy of the Transcript of the [21] Motion to Dismiss hearing held September 21, 2015 is GRANTED.  The clerk shall forward a Copy of the Order to the Plaintiff.

DATED this 3rd day of December, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge