UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>LOREA AROSTEGUI, et al.,<br><br>　　　Defendant(s). | Case No.: 2:14-cv-00094-RFB-NJK<br><br>**Order**<br><br>(Docket No. 90) |

Pending before the Court is Plaintiff's motion for appointment of counsel. Docket No. 90. A response shall be filed by May 11, 2018, and any reply shall be filed by May 14, 2018.

IT IS SO ORDERED.

Dated: May 9, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

1