UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL FOLEY,

    Plaintiff(s),

v.

LOREA AROSTEGUI, et al.,

    Defendant(s).

Case No.: 2:14-cv-00094-RFB-NJK

**Order**

(Docket No. 95)

Pending before the Court is Plaintiff's motion to set a settlement conference. Docket No. 95. A response shall be filed by June 14, 2018, and any reply shall be filed by June 20, 2018.

IT IS SO ORDERED.

Dated: June 12, 2018

                                        NANCY J. KOPPE
                                      United States Magistrate Judge