# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

MICHAEL FOLEY,

    Plaintiff,

v.

LOREA AROSTEGUI, et al.,

    Defendant.

Case No. 2:14-cv-00094-RFB-NJK

ORDER TEMPORARILTY UNSEALING TRANSCRIPT

On June 4, 2019, Patricia L. Ganci, Official Court Reporter, received a Transcript Order from J. Christopher Jorgensen, former counsel for the plaintiff, requesting a transcript of the sealed hearing May 29, 2019, in the above-entitled matter.

IT IS THE ORDER OF THE COURT that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

IT IS FURTHER ORDERED that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

IT IS FURTHER ORDERED that the receiving party shall not publicly disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case and may only be used in any proceedings relating to the representation of Mr. Foley by Mr. Jorgensen.

DATED this 4th day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE