AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MICHAEL FOLEY

                   Plaintiff,

v.

LOREA AROSTEGUI, et al.,

                   Defendants.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:14-cv-00094-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

as Defendant's Motion for Attorneys fees was granted, the Court Awards $2,068.50 in attorneys' fees and $3,875.41 in costs as previously entered by the Court on 1/13/2020 as [173] Costs Taxed.

 

9/23/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk